AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-mj-0230-GMH |
| Elliot Patrick Williams | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elliot Patrick Williams.

Date: 09/07/2023

s/J. Stephen Roberts, Jr.
*Attorney's signature*

J.Stephen Roberts, Jr. WA 45825
*Printed name and bar number*
Federal Defenders of Eastern WA and ID
10 North Post Street, Ste. 700
Spokane, WA 99201

*Address*

steve_roberts@fd.org
*E-mail address*

(509) 624-7606
*Telephone number*

(509) 747-3539
*FAX number*